COLUMBUS BAR ASSOCIATION *v.* RIESER.

[Cite as *Columbus Bar Assn. v. Rieser*, ___ Ohio St.3d ___, 2019-Ohio-5153.]

(No. 2017-1741—Submitted December 13, 2019—Decided December 16, 2019.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, David Paul Rieser, Attorney Registration No. 0025247, last known business address in Columbus, Ohio.

{¶ 2} The court coming now to consider its order of September 26, 2018, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years, with one year stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Columbus Bar Assn. v. Rieser*, 153 Ohio St.3d 645, 2018-Ohio-3860, 109 N.E.3d 1244.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

————————————